NUMBER 13-03-763-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

STEPHEN E. JACKSON, ET AL.,                                        Appellants,

v.

CROWE & DUNLEVY, P.C.,                                                 Appellee.
________________________________________________________

On appeal from the 319th District Court 
of Nueces County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Garza
Memorandum Opinion Per Curiam

         Appellants, STEPHEN E. JACKSON, ET AL., perfected an appeal from a
judgment entered by the 319th District Court of Nueces County, Texas, in cause
number 01-2435-G. After the record and briefs were filed and after the cause was
set for submission and oral argument, the parties filed an agreed motion to set aside
the trial court’s judgment without regard to the merits and remand the case to the trial
court for rendition of judgment in accordance with the parties’ settlement agreement.
          The Court, having examined and fully considered the documents on file and the
parties’ agreed motion, is of the opinion that the motion should be granted. The
agreed motion is granted, and the judgment of the trial court is hereby SET ASIDE,
and the cause is REMANDED to the trial court for rendition of judgment in accordance
with the parties’ settlement agreement.  
                                                      PER CURIAM
Memorandum Opinion delivered and filed this
the 2nd day of December, 2004.